Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Sabrina Jangda (SBN 285486)
sabrina@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**DEE ANNE EVANS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE ANNE EVANS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DS PROPERTIES 17, LP, a Delaware limited partnership; and DOES 1-10, <br><br> Defendants. | CASE NO.: 3:22-cv-02763-JD <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> The Hon. James Donato <br> Trial Date:  Not on Calendar |

    The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

1  The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: August 29, 2022          THE LAW OFFICE OF HAKIMI & SHAHRIARI

By:   */s/Anoush Hakimi*
      Anoush Hakimi, Esq.
      Attorney for Plaintiff, Dee Anne Evans

DATED:  August 29, 2022         TRAINOR FAIRBROOK

By:   */s/ Jessica A. Robison*
      Jessica A. Robison, Esq.
      Attorney for Defendant, DS Properties 17, LP, a Delaware limited partnership

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff Dee Anne Evans