Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**DEE ANNE EVANS**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE ANNE EVANS, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DS PROPERTIES 17, LP, a Delaware limited partnership; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 3:22-cv-02763-JD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

　　　IT IS HEREBY STIPULATED by and between the Plaintiff Dee Anne Evans on the one hand, and Defendant DS Properties 17 LP, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

dismissal with prejudice of Defendant DS Properties 17 LP, from Plaintiff's Complaint, Case Number 3:22-cv-02763-JD. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: October 20, 2022    **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorney for Plaintiff, Dee Anne Evans

Dated: October 20, 2022    **TRAINOR FAIRBROOK**

By: /s/ Jessica A. Robison
    Jessica A. Robison, Esq.
    Attorney for Defendant, DS Properties 17 LP

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff, Dee Anne Evans

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS